IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICAH ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 22-1838 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Patricia L. Dodge |
| DAVID N. WATSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On March 20, 2023, the Magistrate Judge issued a Report (Doc. 7) recommending that this case be dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i), and for lack of subject matter jurisdiction. Service of the Report and Recommendation ("R&R") has been made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that this case is dismissed, with prejudice, under 28 U.S.C. § 1915(e)(2)(B)(i), and for lack of subject matter jurisdiction. The Magistrate Judge's R&R (Doc. 7) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

May 5, 2023

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

2

cc (via First-Class U.S. Mail):

Micah Anderson
20220825017
Cook County Department Of Corrections
2600 S. California Ave
Chicago, IL  60608